

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2022

No. 04-22-00025-CV

**IN INTEREST OF M.N.R., A CHILD**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00300
Honorable Susan D. Reed, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to file brief is hereby GRANTED. The Appellant's Brief is due on or before March 29, 2022. No further extensions.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

